683 A.2d 630

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John Daniel SHANAHAN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 1996.

## ORDER

PER CURIAM.

AND NOW, this 29th day of October 1996, the petition for allowance of appeal is granted. The judgment of sentence is reversed. *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996).